STATE OF NEW JERSEY v. LEROY BROOKS.

May 14, 1974. Petition for certification denied.

JACK SAXON v. NEW JERSEY STATE PAROLE BOARD.

May 14, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE RUBIN.

May 14, 1974. Petition for certification denied.

ELOISE BROWN v.
GENERAL ANILINE & FILM CORPORATION.

May 14, 1974. Petition for certification granted. (See 127 *N. J. Super.* 93).

ALLSTATE INSURANCE COMPANY v.
FRANCIS P. McHUGH, JR.

May 14, 1974. Petition for certification denied. (See 126 *N. J. Super.* 458).